IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE )
)
Jonathan Clayton Mauldin ) CASE NO: 15-04649-TOM
) CHAPTER 7
DEBTOR(S). )

## TRUSTEE'S REPORT OF UNCLAIMED PROPERTY

I, Andre' M. Toffel, Trustee in the above named case, file this Report of Unclaimed Property pursuant to 11 U.S.C.§ 347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure and submit funds to the Clerk of this Court in the amount of **$438.60** which represents the following:

| Claim No. | Creditor and Last Known Address | Dividend or Unclaimed Fund |
|---|---|---|
| 0018 | Metabank<br>P.O. Box 91607<br>Sioux Falls, SD 57109 | $438.60 |

Respectfully submitted this the 8th day of September, 2020.

*/s/ Andre' M. Toffel, as Trustee*

ANDRE' M. TOFFEL, TRUSTEE

OF COUNSEL:
ANDRE' M. TOFFEL, P.C.
450-A Century Park South
Suite #206-A
Birmingham, AL 35226
(205) 252-7115

cc: Bankruptcy Administrator's Office