IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Jonathan Clayton Mauldin | ) | CASE NO: 15-04649-TOM |
| | ) | CHAPTER 7 |
| DEBTOR(S). | ) | |

## TRUSTEE'S REPORT OF UNCLAIMED PROPERTY

I, Andre' M. Toffel, Trustee in the above named case, file this Report of Unclaimed Property pursuant to 11 U.S.C.§ 347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure and submit funds to the Clerk of this Court in the amount of **$194.53** which represents the following:

| Claim No. | Creditor and Last Known Address | Dividend or Unclaimed Fund |
|---|---|---|
| 0021 | Regions<br>P.O. Box 11007<br>Birmingham, Al 35288 | $194.53 |

Respectfully submitted this the 27th day of October, 2020.

*/s/ Andre' M. Toffel, as Trustee*
ANDRE' M. TOFFEL, TRUSTEE

OF COUNSEL:
ANDRE' M. TOFFEL, P.C.
450-A Century Park South
Suite #206-A
Birmingham, AL 35226
(205) 252-7115

cc: Bankruptcy Administrator's Office