United States Bankruptcy Court
Northern District of Alabama

In re:  Case No. 15-04649-DSC
Jonathan Clayton Mauldin  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1126-2     User: admin     Page 1 of 2
Date Rcvd: Oct 27, 2020     Form ID: pdf000     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Clayton Mauldin, 15 Aspen Court, Apt 122, Birmingham, AL 35209-8629 |
| aty | + | Mark Erdberg, Jaffe & Erdberg PC, 600 20th Street North, Ste 400, Birmingham, AL 35203-2620 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_southern@alnba.uscourts.gov | Oct 28 2020 02:31:00 | Thomas Corbett, BA Birmingham, 1800 5th Avenue North, Birmingham, AL 35203-2111 |
| cr | | Email/Text: cmecf@dilksknopik.com | Oct 28 2020 02:33:00 | Dilks and Knopik LLC, 35308 SE Center St, Snoqualmie, WA 98065-9216 |
| ba | + | Email/Text: bnc_notices_southern@alnba.uscourts.gov | Oct 28 2020 02:31:00 | J. Thomas Corbett, Bankruptcy Administrator, 1800 5th Avenue North, Birmingham, AL 35203-2111 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | * | Dilks and Knopik LLC, 35308 SE Center St, Snoqualmie, WA 98065-9216 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andre' M Toffel | trustee@toffelpc.com KBlevins@toffelpc.com;atoffel@ecf.axosfs.com |
| Joe S Erdberg | on behalf of Debtor Jonathan Clayton Mauldin joe@333lawyers.com jandeecf@gmail.com;r54371@notify.bestcase.com |
| Jon A Dudeck | jon_dudeck@alnba.uscourts.gov courtmailbir7@alnba.uscourts.gov |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

IN RE:

Jonathan Clayton Mauldin,                          Case No. 15-04649-DSC-7

Debtor(s).

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On October 23, 2020, an Application for Payment of Unclaimed Funds, (Doc. 125), was filed for the Claimant, Dilks & Knopik, LLC, as assignee to Lonestar Radiology & Cardiology, PA, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. § 2042, the sum of $2,942.88 held in unclaimed funds be made payable to and be disbursed via EFT to the following payee:

Dilks & Knopik, LLC
As assignee to Lonestar Radiology & Cardiology, PA
35308 SE Center Street
Snoqualmie, WA 98065

The Clerk of Court will disburse these funds not earlier than fourteen (14) days after entry of this Order.

Dated: October 26, 2020

_____
D. SIMS CRAWFORD
United States Bankruptcy Judge