OFFICE OF THE BANKRUPTCY ADMINSTRATOR
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re: }
} **Bankruptcy Case No:**
JOHN CLAYTON MAULDIN }
} 15-04649-DSC-7
**Debtor(s)** }

**BANKRUPTCY ADMINISTRATOR'S REVIEW OF REPORT OF
DISTRIBUTION, DISPOSITION OF UNCLAIMED PROPERTY
AND REQUEST FOR DISCHARGE OF TRUSTEE**

TOTAL RECEIPTS $100,000.00

**DISBURSEMENTS:**

| | |
|---|---|
| Trustee Compensation | $7,201.69 |
| Attorney for Trustee | $41,603.52 |
| Other Professionals and All Expenses (Include debtor's attorney) | $0.00 |
| Secured Creditors | $13,736.35 |
| Priority Creditors | $0.00 |
| Unsecured Creditors | $16,492.21 |
| Equity Security Holders | |
| Other Payments (excluding debtor) | $0.00 |
| SUB-TOTAL | $79,033.77 |
| Payments to Debtor | $20,966.23 |

TOTAL DISBURSEMENTS $100,000.00

BALANCE $0.00

Date of Discharge: 2/8/2016

Percent of Unsecured Dividend: 100.0%

My review of the Trustee's Report of Distribution, Disposition of Unclaimed Property, and Request for Discharge reveals that all funds have been paid out in the normal course of administration of this estate and according to lawful Orders of the Court, and I have found no basis upon which to raise any objection or reservation regarding any aspect of the same.

Date: 11/09/2020

/s/ Jon A. Dudeck
Asst. U.S. Bankruptcy Administrator